## CRAY v. CURRIER ET AL.

62 535
|115 447|

1. **Chattel Mortgage:** INSUFFICIENT DESCRIPTION. A chattel mort-gage which describes the mortgaged property as "all the cut and grow-ing and having grown" on the land described, is insufficient to convey to third parties notice of a lien created thereby upon the *crops* grown upon the land.

*Appeal from Buchanan Circuit Court.*

FRIDAY, DECEMBER 14.

ACTION in replevin brought to recover possession of certain hay, oats and corn. The plaintiff claims the right of posses-sion by virtue of a chattel mortgage. The defendants claim the right of possession under the levy of an execution issued upon a judgment against the mortgagor. There was a trial

to a jury, and verdict and judgment were rendered for the defendants. The plaintiff appeals.

*D. W. Bruckart* and *E. E. Hasner*, for appellant.

*Holman & Crawford*, for appellee.

ADAMS, J.—The court gave the jury a peremptory instruction to render a verdict for the defendants. In this we think that there was no error. The mortgage under which the plaintiff claims is defective in the description. It is in these words: "All the cut and growing and having grown on the W ½ of the N E ¼," etc. The plaintiff contends that, while the description is not precisely as it should be, it is not unintelligible, nor, when properly construed, uncertain, but that it means all the *crops* cut, growing and grown on the land.

It is evident enough upon looking at the description that a word of some kind was omitted by mistake. If we could discover with reasonable certainty what the word is, we might feel justified in supplying it by construction. But we are not able to discover with any certainty what word was intended. We know of no rule which would justify us in holding that the word omitted is the word of the broadest signification which could be properly used in connection with the other words. We cannot say why we should supply the word *crops*, rather than *hay*, or *corn*, or something else. In our opinion the description is fatally defective.

AFFIRMED.